UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

SIEGFRIED MUELLER,

          Petitioner,

v.

ISIDRO BACA, *et al.*,

          Respondents.

Case No. 3:18-cv-00248-MMD-WGC

ORDER

Petitioner has filed a habeas petition under 28 U.S.C. § 2241 without properly commencing the action by paying the filing fee or filing a pauper application. It does not appear that a dismissal without prejudice would cause the Petitioner substantial prejudice. This improperly commenced action therefore will be dismissed without prejudice.

It is therefore ordered that this action be dismissed without prejudice. Petitioner must refile his petition, and either pay the filing or fee or submit a complete pauper application, in a new action only, and must not file any more documents in this case.

It is further ordered that a certificate of appealability is denied. Jurists of reason would not find debatable whether the Court was correct in its dismissal of the action without prejudice on procedural grounds, for the reasons discussed herein.

It is further ordered, pursuant to Rule 4 of the Rules Governing Section 2254 Cases, that the Clerk make informal electronic service upon Respondents by adding Nevada Attorney General Adam P. Laxalt as counsel for Respondents and directing a

///

///

notice of electronic filing of this order to his office. No response is required from Respondents other than to respond to any orders of a reviewing court.

The Clerk of Court will send Petitioner a copy of all his papers in this action, along with copies of the forms and instructions for an inmate pauper application and § 2241 habeas petition.

The Clerk of Court will enter final judgment accordingly, dismissing this action without prejudice.

DATED THIS 5th day of June 2018.

       _____
       MIRANDA M. DU
       UNITED STATES DISTRICT JUDGE